UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
RAMZI BIN AL-SHIBH, *et al.*,   )
                                )
         Petitioners,           )
                                ) Civil Action No. 06-1725 (EGS)
         v.                     )
                                )
GEORGE W. BUSH, *et al.*,       )
                                )
         Respondents.           )
                                )

### ORDER

It is hereby **ORDERED** that the Office of the Federal Public Defender for the District of New Jersey is appointed as counsel for petitioner, and that the individual attorneys from the Federal Defender office shall file a notice of appearance and, pursuant to Local Civil Rule ("LCvR") 83.2(e), shall be allowed to appear in this Court as employees of the United States.  The individual attorneys shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court; and it is

**FURTHER ORDERED** that petitioner through counsel shall respond to the respondents' motion to dismiss by no later than May 25, 2007.

     **SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**         United States District Judge**
**         May 4, 2007**