AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                  |   |                        |
|------------------|---|------------------------|
| Plaintiff(s)     | ) | **APPEARANCE**         |
|                  | ) |                        |
| vs.              | ) | CASE NUMBER  06-1725   |
|                  | ) |                        |
| Defendant(s)     | ) |                        |

To the Clerk of this court and all parties of record:

Please enter the appearance of **Richard Coughlin, Chester Keller, Candace Hom** (Attorney's Name) as counsel in this case for: **Ramzi Bin Al-Shibh**
(Name of party or parties)

May 24, 2007
Date

BAR IDENTIFICATION

Signature: *Candace Hom*

Candace Hom
Print Name

Federal Public Defender
972 Broad Street, Fourth Floor
Address

Newark, New Jersey 07102
City    State    Zip Code

(973) 645-6347
Phone Number

Case 1:06-cv-01725-EGS    Document 7    Filed 05/24/2007    Page 2 of 2