IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | ) | |
| | ) | CIVIL NO. 06-1725 (EGS) |
| *Petitioner*, | ) | |
| | ) | |
| *v.* | ) | **NOTICE OF FILING RE PETITIONER'S MOTION TO** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | **LIFT STAY AND FOR LEAVE TO FILE AN AMENDED** |
| | ) | |
| *Respondents.* | ) | **HABEAS PETITION** |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that on July 5, 2008, he submitted for review to Court Security Officer Charline DaSilva a Motion to Lift Stay and for Leave to File an Amended Habeas Petition.  After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 5, 2008.

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:    973-645-6347
Fax:    973-297-4807

Attorneys for Petitioner