IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAMZI BIN AL SHIBH,**  )<br>  )<br> *Petitioner*,  )<br>  )<br> vs.  )<br>  )<br> **GEORGE W. BUSH,** et al.,  )<br>  )<br> *Respondents.*  )<br>  ) | Civil Action No. 06-1725 (EGS)<br><br>NOTICE OF FILING RE<br>PETITIONER'S STATUS REPORT<br>RE: JULY 7, 2008 ORDER |

The petitioner Ramzi Bin Al Shibh, through undersigned counsel, hereby gives notice that on July 11, 2008, he submitted for review to Court Security Officer Charline DaSilva a Status Report Re: July 7, 2008 Order. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 14, 2008.

    /s/ Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel:  973-645-6347
Fax:  973-645-4807

Attorneys for Petitioner