**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RAMZI BIN AL-SHIBH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-1725 (EGS) |
| GEORGE W. BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

Nicholas A. Oldham
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-514-3367
Nicholas.Oldham@usdoj.gov

Dated: July 14, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/ *Nicholas A. Oldham*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3367
Fax:  (202) 616-8470

Attorneys for Respondents