# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAMZI BIN AL-SHIBH**, | ) |
| *Petitioner*, | ) CIVIL NO. 06-1725 (EGS) |
| *v.* | ) **NOTICE OF FILING RE** |
|  | ) **PETITIONER'S MOTION TO** |
| **GEORGE W. BUSH**, *et al.*, | ) **ENJOIN MILITARY COMMISSION** |
|  | ) **PROCEEDINGS** |
| *Respondents*. | ) |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that on July 11, 2008, he submitted for review to Court Security Officer Charline DaSilva a Motion to Enjoin Military Commission Proceedings. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 11, 2008.

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:   973-645-6347
Fax:   973-297-4807

Attorneys for Petitioner