IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMZI BIN AL-SHIBH,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>GEORGE W. BUSH,<br>　　President of the United States,<br>　　et al.,<br><br>　　　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-cv-1725 (EGS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION
TO ENJOIN MILITARY COMMISSION PROCEEDINGS**

The respondents, George W. Bush, President of the United States, et al., by and through

undersigned counsel, respectfully move this Court for an extension of time in which to file their

opposition to petitioner's motion to enjoin military commission proceedings through and

including July 29, 2008.

Good cause exists for this Motion. Respondents have completed their review of

petitioner's motion (Dkt. #21), which raises many, highly complex constitutional and other legal

issues and implicates significant questions relating to this Court's jurisdiction. While none of

petitioner's claims has merit, each raises important issues and requires a thorough response from

the Government. The additional time is necessary for counsel to fully assess and research its

issues and coordinate with other departments and agencies to respond to the significant  claims

raised by petitioner.

Pursuant to Local Rule 7(m), undersigned counsel conferred by telephone with counsel

for the petitioner who stated that petitioner does not oppose the relief sought in this motion.

WHEREFORE, for good cause shown, respondents respectfully request the Court grant

this Motion to extend the deadline to file their opposition to petitioner's motion to enjoin military

commission proceedings through and including July 29, 2008.

Dated: July 24, 2008                         Respectfully submitted,

                                             GREGORY G. KATSAS
                                             Assistant Attorney General

                                             JOHN C. O'QUINN
                                             Deputy Assistant Attorney General


                                                 /s/ Scott M. Marconda
                                             JOSEPH H. HUNT (D.C. Bar No. 431134)
                                             VINCENT M. GARVEY (D.C. Bar No. 127191)
                                             JUDRY L. SUBAR (D.C. Bar No. 347518)
                                             TERRY M. HENRY
                                             ANDREW I. WARDEN (IN Bar No. 23840-49)
                                             SCOTT M. MARCONDA (CA Bar No. 144225)
                                             Attorneys
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Avenue N.W.
                                             Washington, DC  20530
                                             Tel:  (202) 305-0169
                                             Fax:  (202) 616-8470

                                             Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMZI BIN AL-SHIBH, | ) | |
| | ) | |
| Petitioner | ) | |
| v. | ) | Civil Action No. 06-cv-1725 (EGS) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

Upon respondents' Motion for an Extension of Time to File Respondents' Opposition to

Petitioner's Motion to Enjoin Military Commission Proceedings, and good cause appearing

therefore, it is hereby ordered as follows:

1.  Respondents' motion is granted.

Date: _____

                                           UNITED STATES DISTRICT JUDGE