IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMZI BIN AL-SHIBH, et al.<br>      Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>      President of the United States,<br>      et al.,<br><br>      Respondents | Civil Action No. 06-cv-1725 (EGS) |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The respondents, George W. Bush, President of the United States, et al., by and through undersigned counsel, respectfully move for an order granting leave to file a brief of not more than 65 pages in opposition to petitioner's motion for a preliminary injunction.

Good cause exists for this motion. Petitioner's motion raises many, highly complex constitutional and other legal issues and implicates significant questions relating to this Court's jurisdiction. While none of petitioner's claims has merit, each raises important issues and requires a thorough response from the Government. Accordingly, the government requests leave to file a brief that of not more than 65 pages. The government believes that a brief of this length is necessary in order to respond to all of petitioners' arguments.

Counsel for respondents has contacted counsel for petitioner, who indicates that petitioner does not object to the relief requested in this motion. In return, respondents will not object to a motion for leave to exceed the page limits in petitioner's reply, if petitioner seeks such leave.

Dated: July 28, 2008				Respectfully submitted,

						GREGORY G. KATSAS
						Assistant Attorney General

						JOHN C. O'QUINN
						Deputy Assistant Attorney General


						      /s/ Scott M. Marconda
						JOSEPH H. HUNT (D.C. Bar No. 431134)
						VINCENT M. GARVEY (D.C. Bar No. 127191)
						JUDRY L. SUBAR (D.C. Bar No. 347518)
						TERRY M. HENRY
						ANDREW I. WARDEN (IN Bar No. 23840-49)
						SCOTT M. MARCONDA (CA Bar No. 144225)
						Attorneys
						United States Department of Justice
						Civil Division, Federal Programs Branch
						20 Massachusetts Avenue N.W.
						Washington, DC  20530
						Tel:  (202) 305-0169
						Fax:  (202) 616-8470

						Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMZI BIN AL-SHIBH, et al.<br>        Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>        President of the United States,<br>        et al.,<br><br>        Respondents | Civil Action No. 06-cv-1725 (EGS) |

Upon respondents motion for leave to exceed the page limitation, it is hereby ordered as follows:

1. Respondents' aforesaid motion is hereby granted.

2. Respondents are hereby granted leave to file a brief of not more than 65 pages in support of their response to petitioner's motion for a preliminary injunction.

Date: _____

UNITED STATES DISTRICT JUDGE