IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMZI BIN AL-SHIBH, )<br>    Petitioner )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    et al., )<br>    Respondents ) | Civil Action No. 06-cv-1725 (EGS) |

PETITIONER'S RESPONSE TO COURT'S JULY 24, 2008 ORDER

Pursuant to the Court's July 24, 2008 inquiry concerning the posture of this case, Petitioner Ramzi bin Al-Shibh respectfully submits the following answers to the four questions posed by the Court.

1. This case is not in a posture for resolution for merits resolution at this time.

2. The government has not produced a factual return or any exculpatory information, including information relating to petitioner's mental health.

3. To resolve the impediments in Paragraph 2, a factual return and production of all exculpatory information, including information concerning Petitioner's mental health and any information that contradicts statements Petitioner is alleged to have made, and information which tends to show that any admissions by the Petitioner or statements by others that have been used against Petitioner, are unreliable because they were elicited through duress, coercion, or torture.

4. In order to resolve the impediments in Paragraph 2, Petitioner respectfully recommends that the government be ordered to produce a factual return by September 22, 2008. Following the production of such information, a status conference should be scheduled for September 29,

2008 to determine whether Petitioner (a) intends to file a Traverse, due not later than October 20, 2008, to be followed by a merits resolution hearing on November 17, 2008, unless otherwise ordered by the Court, (b) proceed directly to a merits resolution hearing on the record that exists, to include any testimony that might resolve any factual disputes, or (c) whether counsel requires additional time to meet with Petitioner to address issues raised by the government's factual return. Upon counsel's return, a second status conference should be conducted to determine the schedule for further proceedings.

        Respectfully submitted,

        /s/Richard Coughlin
        Federal Public Defender
        /s/Chester Keller
        First Assistant Federal Public Defender
        /s/Candace Hom
        Assistant Federal Public Defender
        972 Broad Street, Fourth Floor
        Newark, New Jersey 07102
        Tel:  973-645-6347
        Fax: 973-645-4807

*Counsel for Petitioner*