IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMZI BIN AL-SHIBH, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 06-1725 (EGS) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO COURT'S JULY 24, 2008 ORDER**

Pursuant to the Court's July 24, 2008 Order (dkt. no. 25), respondents hereby provide the Court with answers to the questions posed in the Order.

Petitioner in this case has been charged pursuant to the Military Commissions Act of 2006 ("MCA") with violations of that statute. Respondents intend to move to dismiss this proceeding or, in the alternative, to ask the Court to hold this action in abeyance pending final resolution of the MCA proceedings, and suggest that the Court coordinate the briefing of this common issue with the Honorable Thomas F. Hogan. In this regard, respondents note that Judge Hogan in his Scheduling Order of July 11, 2008, *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH) (dkt. no. 53), exempted respondents from the need to proceed with the preparation of factual returns for petitioners who have been charged under the MCA.

In addition, no protective order has been entered in this proceeding. Because Petitioner is a "high-value detainee" detained by the Central Intelligence Agency prior to his detention by the Department of Defense, a protective order specific to high-value detainees and appropriate for the management and handling of TOP SECRET//SENSITIVE COMPARTMENTED

INFORMATION ("TS//SCI") associated with such cases will need to be entered in this proceeding. The parties have not reached an agreement on a proposed protective order for high-value detainees, and respondents respectfully request that the Court coordinate this common issue with Judge Hogan's proceedings to ensure uniformity in all high-value detainee cases.

Dated: July 28, 2008                        Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                              /s/ *Nicholas A. Oldham*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar No. 347518)
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
                                            NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 514-3367
                                            Fax:  (202) 616-8470

                                            Attorneys for Respondents