# United States District Court
# For the District of Columbia

| | |
|---|---|
| RAMZI BIN AL-SHIBH,            ) | |
| ) | **APPEARANCE** |
| *Petitioner*;            ) | |
| ) | |
| VS.            ) | CIVIL NO. 06-CV-1725 (EGS) |
| ) | |
| GEORGE W. BUSH, *et al.*,            ) | |
| ) | |
| *Respondents.*            ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Chester M. Keller_____ as counsel in this
                                         (Attorney's Name)

case for: _____Ramzi Bin Al-Shibh_____
                        (Name of party or parties)


July 28, 2008_____                /s/Chester M. Keller_____
Date                                   Signature

_____                 Chester M. Keller_____
BAR IDENTIFICATION                     Print Name

                                       972 Broad Street_____
                                       Address

                                       Newark, New Jersey   07102
                                       City         State      Zip Code

                                       (973)645-6347 _____
                                       Phone Number