Cleared for Public Filing by CSO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | ) ) | |
| | ) | CIVIL NO. 06-1725 (EGS) |
| *Petitioner*, | ) ) | |
| *v.* | ) ) | **NOTICE REGARDING** |
| | ) | **RESCHEDULED DATE FOR** |
| **GEORGE W. BUSH**, *et al.*, | ) ) | **MENTAL COMPETENCY HEARING IN MILITARY COMMISSION** |
| *Respondents.* | ) ) | **PROCEEDINGS** |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that the Mental Competency Hearing in his military commission proceedings, scheduled for August 15, 2008, has been postponed. The government's request to move the hearing to September 11, 2008, based on its need for additional time to conduct the mental health evaluation, was granted.

Respectfully submitted on August 5, 2008.

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ 07102
Tel:   973-645-6347
Fax:   973-297-4807

Attorneys for Petitioner