*Cleared for Filing by CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | : | |
| | : | |
| *Petitioner*; | : | CIVIL NO. 06-CV-1725 (EGS) |
| | : | |
| v. | : | |
| | : | [PROPOSED] ORDER |
| **GEORGE W. BUSH**, *et al.*, | : | |
| | : | |
| *Respondents*. | : | |

Upon review of the submissions by Petitioner and Respondents in response to the Court's July 31, 2008, Order regarding protective order issues, and the entire record herein, and for good cause shown,

IT IS on this _____ day of _____, 2008, hereby

ORDERED that, pending further order of the Court, the following applies in this case:

(1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for Protected Information, first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE