## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | ) | |
| | ) | CIVIL NO. 06-1725 (EGS) |
| *Petitioner*, | ) | |
| | ) | |
| *v.* | ) | **NOTICE OF FILING RE** |
| | ) | **PETITIONER'S MOTION FOR** |
| **GEORGE W. BUSH**, *et al.*, | ) | **EXTENSION OF TIME IN WHICH** |
| | ) | **TO FILE REPLY BRIEF IN SUPPORT** |
| *Respondents.* | ) | **OF MOTION TO ENJOIN MILITARY** |
| | ) | **COMMISSION PROCEEDINGS** |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that on August 8, 2008, he submitted for review to Court Security Officer a Motion for Extension of Time in Which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on August 8, 2008.

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:    973-645-6347
Fax:   973-297-4807

Attorneys for Petitioner