IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAMZI BIN AL-SHIBH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1725 (EGS)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' NOTICE OF FILING OF
COMBATANT STATUS REVIEW TRIBUNAL RECORD**

Pursuant to the Court's July 31, 2008 Order in this case, respondents hereby provide notice of the submission of the Combatant Status Review Tribunal ("CSRT") paper record pertaining to petitioner. The classified CSRT record is being submitted under seal, through the Court Security Officers, to the Court for *in camera* review.

Once an appropriate protective order is entered in this case, *see* Resps' Mem. in Support of Proposed Protective Order Pertaining to Top Secret / Sensitive Compartmented Information (Aug. 5, 2008) (dkt. no. 36), a copy of the classified CSRT containing information suitable for disclosure under seal to counsel will be made available to petitioner's counsel who have been issued appropriate level security clearances.

In addition, shortly prior to the submission of the classified CSRT to the Court, counsel learned that a portion of the classified CSRT record was inadvertently not included in respondents' submission. Counsel are attempting to obtain the additional portion of the record and expect to supplement or revise their submission to include the additional portion of the CSRT record on or before August 22, 2008.

Dated: August 12, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

   /s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107