IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMZI BIN AL-SHIBH, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | Civil No. 06-1725 (EGS) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | **NOTICE OF MOTION** |
| | : | |
| Respondents. | : | |

TO: Terry Henry
     Andrew Warden
     U.S. Department of Justice
     Civil Division, Federal Programs Branch
     20 Massachusetts Ave., N.W.
     Washington, D.C. 20530

PLEASE TAKE NOTICE that Petitioner Ramzi bin al-Shibh, through undersigned counsel, will move before the Honorable Emmet G. Sullivan, United States District Judge for the District of Columbia, at a time and on a date to be set, for the following relief:

1. An Order granting Petitioner's Motion for Extension of Time in Which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings.

Petitioner relies upon the Statements of Points and Authorities submitted with this notice and incorporates that document as if it were set forth fully herein.

Respectfully submitted,

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom

Assistant Federal Public Defender
Office of the Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey  07102
(973) 645-6347

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH,** | : | |
| Petitioner, | : | |
| v. | : | No. 06-1725 (EGS) |
| **GEORGE BUSH, ET AL.,** | : | |
| Respondents. | : | |

**PETITIONER'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO ENJOIN MILITARY COMMISSION PROCEEDINGS**

Petitioner Ramzi bin al-Shibh, through his attorneys, herein submits his request for an extension of time in which to file the reply brief in support of his motion to enjoin military commission proceedings. Petitioner requests an extension of time of one week after the mental competency hearing in the miliary commissions proceedings is completed in which to file the reply brief.[1]

1. On August 5, 2008, the Court, noting that "no date has been set for the Military Commission proceedings against Petitioner" and that the competency hearing was scheduled for August 15, 2008, issued a minute order holding the preliminary injunction motion in abeyance until the mental competency hearing in Petitioner's military commission proceedings has been concluded, after which the parties are directed to inform the Court immediately of the outcome of such hearing. *See* Order, 8/5/08.

2. Moreover, the mental competency hearing, previously scheduled for August 15,

---

[1] Undersigned counsel have contacted counsel for Respondents, and they object to this request for an extension.

2008, has been rescheduled, on the government's motion, to September 11, 2008. *See* Notice Regarding Rescheduled Date for Mental Competency Hearing in Military Commission Proceedings, 8/5/08.

3.   The Court's order entered on July 31, 2008, had required that the reply brief of Petitioner be filed by August 11, 2008, given that the competency hearing was, at that time, scheduled for August 15, 2008. Order, 7/31/08. As mentioned above, the mental competency hearing in Petitioner's military commission proceedings has since been moved to September 11, 2008. While Petitioner certainly wishes for timely resolution of his motion once the competency hearing has been concluded,[2] he requests this extension because it would allow additional time that is necessary to prepare a reply brief that is complete and incorporates the outcome of the mental competency hearing, as well as allow for conferral with military commissions counsel, and potentially the Petitioner, once the mental competency hearing has been concluded.

4.   In addition, given the Court's holding the motion in abeyance, Respondents are not prejudiced by the extension of time sought, particularly as Respondents have indicated to Petitioner's counsel that they have no objection to supplemental briefing after the mental competency hearing is concluded.

---

[2]   As mentioned in the Court's minute order issued on August 5, 2008, currently, there is no pending date set for trial. The Court's order instructs the government counsel to "inform the Court immediately of any intent to commence Military Commission proceedings against Petitioner." Order, 8/5/08. Accordingly, Petitioner anticipates that the government will apprise the Court and Petitioner forthwith of any impending schedule for military commissions proceedings, allowing sufficient time for Petitioner's motion to be decided.

**Conclusion**

Accordingly, Petitioner respectfully requests an extension of time of one week after the competency hearing has been concluded in which to serve and file the reply brief in this matter. If the extension is granted, Petitioner's brief would be due to be served and filed no later than one week after the mental competency hearing in his military commission proceedings has been concluded. The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

Date: August 7, 2008

    /s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender

Office of the Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey  07102
(973) 645-6347

*Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**RAMZI BIN AL-SHIBH**,

    *Petitioner*,

    *v.*                              CIVIL NO. 06-1725 (EGS)

**GEORGE W. BUSH**, *et al.*,

                                        **[PROPOSED] ORDER**

    *Respondents*.
_____

THIS MATTER having come before the Court upon Petitioner's Motion for Extension of Time in which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings; and the Court having issued a minute order holding Petitioner's Motion to Enjoin Military Commission Proceedings in abeyance until further order of the Court; and the mental competency hearing in Petitioner's military commission proceedings having been postponed until September 11, 2008; and the Court having considered the submissions of Petitioner and Respondents; and for good cause shown;

IT IS on this _____ day of August 2008,

HEREBY ORDERED that Petitioner's Motion for Extension of Time in Which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings is GRANTED, and

IT IS FURTHER ORDERED that Petitioner's Reply Brief in Support of Motion to Enjoin Military Commission Proceedings is due to be served and filed no later than one week after the mental competency hearing in Petitioner's military commission proceedings has been concluded.

                                                _____
                                                HONORABLE EMMET G. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I filed and served the foregoing Petitioner Ramzi bin al-Shibh's **Motion for Extension of Time in Which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings** by causing the original and six copies to be delivered to the Court Security Officer via Federal Express, with the original and four copies to be forwarded to the Court, and one copy to be conformed and returned to our office.

I further certify that upon receiving clearance from the Court Security Officer, one copy will be forwarded to the following counsel of record via U.S. mail:

Terry Henry
Andrew Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C.  20530


    /s/Candace Hom
Candace Hom