# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | ) | CIVIL NO. 06-1725 (EGS) |
| *Petitioner*, | ) ) ) | **NOTICE OF FILING OF PETITIONER'S MEMORANDUM** |
| *v.* | ) ) | **OF LAW IN OPPOSITION TO GOVERNMENT'S MOTION** |
| **GEORGE W. BUSH**, *et al.*, | ) ) | **TO DISMISS OR HOLD PETITION IN ABEYANCE PENDING** |
| *Respondents*. | ) ) | **COMPLETION OF MILITARY COMMISSION PROCEEDINGS** |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that on August 22, 2008, he submitted for review to Court Security Officer Nathaniel Johnson Petitioner's Memorandum of Law in Opposition to Government's Motion to Dismiss or Hold Petition in Abeyance Pending Completion of Military Commission Proceedings. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on August 22, 2008.

/s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102
Tel:  973-645-6347
Fax:  973-297-4807

Attorneys for Petitioner

Attorneys for Petitioner