# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAMZI BIN AL-SHIBH**, | ) ) ) | CIVIL NO. 06-1725 (EGS) |
| *Petitioner*, | ) ) | **NOTICE OF FILING RE PETITIONER'S RESPONSE TO** |
| *v.* | ) ) | **GOVERNMENT'S MOTION FOR EVIDENCE THAT PETITIONER** |
| **GEORGE W. BUSH**, *et al.*, | ) ) | **DIRECTLY AUTHORIZED ACTION AND CROSS-MOTION FOR ORDER** |
| *Respondents.* | ) ) ) ) | **WHICH PERMITS COUNSEL TO ARRANGE COMPETENCY EVALUATION** |

The petitioner Ramzi bin al-Shibh, through undersigned counsel, hereby gives notice that on August 22, 2008, he submitted for review to Court Security Officer Nathaniel Johnson Petitioner's Opposition to Government's Motion for Evidence that Petitioner Directly Authorized Action and Cross-Motion for Order Permitting Counsel to Arrange Competency Evaluation. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on August 22, 2008.

/s/Candace Hom
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, NJ  07102

Tel:  973-645-6347
Fax:  973-297-4807

Attorneys for Petitioner