IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RAMZI BIN AL-SHIBH, *et al.*,       )
                                    )
                                    )
      Petitioner                    )
                                    )
      v.                            )   Civil Action No. 06-1725 (EGS)
                                    )
GEORGE W. BUSH, *et al.*            )
                                    )
      Respondents.                  )
_____)

## STATUS REPORT

Pursuant to the Court's July 31, 2008 Order (Dkt. No. 33), respondents hereby provide a status report on events that have occurred in the above-captioned case since the Court's July 29, 2008 status conference:

1.   Protective Order:  No protective order has been entered in this case.  On August 5, 2008, pursuant to the Court's July 31, 2008 Order, respondents filed a memorandum in support of a proposed protective order pertaining to TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION (TS//SCI).  Petitioner submitted a memorandum in support of a competing protective order, arguing for entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004), and the accompanying supplemental orders.  Briefing on the protective order is complete and the issue is ripe for decision.

Similar briefing regarding a TS//SCI protective order governing petitioners who were previously detained in the custody of the Central Intelligence Agency is also ongoing in Judge Hogan's Guantanamo Bay habeas cases.  Judge Hogan recently vacated entry of the Amended Protective Order in such cases and petitioners are scheduled to respond to respondents' proposed

TS//SCI protective order on September 12, 2008. *See* In re Guantanamo Bay Detainee Litigation, 08-MC-442 (TFH), Order (dkt no. 268) (vacating Amended Protective Order); Minute Order (Aug. 25, 2008) (extending petitioners time to respond to Sept. 12, 2008).

    2.    <u>Motion To Dismiss Petition</u>:  On August 12, 2008, respondents filed a motion to dismiss or to hold the habeas petition in abeyance pending the completion of military commission proceedings against petitioner. Petitioner filed an opposition to this motion on August 22, 2008. Respondents' reply is due September 4, 2008.

    3.    <u>Procedural Framework Briefs</u>: On August 12, 2008, respondents filed a brief addressing the questions outlined in the Court's July 31, 2008 Order and the procedural framework issues for the Guantanamo Bay habeas corpus cases. Respondents also filed an accompanying motion for leave to file a brief three pages in excess the 45 page limit establish by Local Civil Rule 7(e). Petitioner filed a response brief on August 22, 2008. Respondents' reply is due September 4, 2008.

    4.    <u>Motion To Dismiss Improper Respondents</u>:  On August 12, 2008, respondents filed a motion to dismiss improper respondents. On August 22, 2008, petitioner filed a notice stating that he does not oppose respondents' motion. In light of petitioner's position, respondents' motion should be granted and all respondents other than the Secretary of Defense in his official capacity should be dismissed from this case.

    5.    <u>Motion For Evidence Of Direct Authorization</u>:  On August 12, 2008, respondents filed a motion requesting evidence that petitioner has directly authorized this action. On August 22, 2008, petitioner filed an opposition and a cross-motion for a mental competency examination. Respondents' reply is due September 4, 2008.

      6.    <u>CSRT Record</u>:  On August 12, 2008, respondents filed petitioner's Combatant Status Review Tribunal ("CSRT") record.

      7.    <u>Factual Return</u>:  On August 19, 2008, respondents filed the factual return in this case.  Petitioner's traverse or motion for judgment is currently due on October 6, 2008.

      8.    <u>Motion To Enjoin Military Commission Proceedings</u>:  On August 5, 2008, the Court ordered that petitioner's motion to enjoin pending military commission proceedings be held in abeyance.  On August 8, 2008, petitioner filed a motion for extension of time to file a reply in support of the motion to enjoin.  Petitioner's motion requested an extension of time of one week after the completion of petitioner's mental competency hearing in the military commission proceedings in which to file a reply brief.

      9.    <u>Respondents' Efforts to Improve Attorney Visitation Procedures</u>:  The undersigned understand that the Department of Defense (DoD) has taken the steps to improve and streamline habeas attorney access to detainees at Guantanamo in light of the habeas proceedings:

      A.    In an effort to assist counsel in traveling to Guantanamo, DoD will be making certain pre-existing military transport flights available for habeas counsel use.  Space for habeas counsel will be available on these flights (subject to military necessity), that depart from Andrews Air Force Base early on Tuesday mornings and will leave Guantanamo on Thursday afternoons.  The fee for such travel is approximately $350 each way.  Counsel may make arrangements for such flights through the Guantanamo habeas visit coordinator's office.

      B.    With respect to time slots available for counsel visits with detainees at Guantanamo, Guantanamo has recently increased the number of slots available and, to date, these slots have been adequate to support visit requests.

      C.    Where a case-specific need can be demonstrated, DoD also will attempt to accommodate extended visit hours during the day or visits on weekends.

      D.      DoD is in the process of installing multiple secure telephone lines in the secure habeas work facility and at Guantanamo, so that habeas counsel can speak with a represented detainee by telephone in lieu of a visit to Guantanamo.

      E.      With respect to improving the time taken for delivery of habeas counsel's presumptively classified counsel notes to the U.S. after a visit with a detainee at Guantanamo, DoD is taking a number of steps to facilitate counsel's ability to receive and use such materials in a timely fashion. Heretofore, such materials were sent by certified mail from Guantanamo to the secure habeas work facility outside Washington, D.C., with counsel able to request classification review of the notes once they arrived.[1]

      i.      DoD has now stationed a member of the Privilege Team at Guantanamo, so that he can, at counsel's request and where exigency exists, review counsel meeting notes at Guantanamo. Where determined to be unclassified, the notes are returned to and may be used by counsel outside any classified setting, including being brought out of Guantanamo in counsel's briefcase.

      ii.      DoD has also established a courier system to transport counsel notes and detainees' legal mail to the secure facility every two weeks. This courier system will also, upon counsel request, transport counsel's legal mail to Guantanamo during these courier runs.

In addition, DoD continues otherwise to examine its visit facilities and practices in order to identify areas that may need adjustment or revision in order to streamline counsel visit procedures.

---

[1] *See In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174, Exhibit A §§ VI, VII (D.D.C. Nov. 8, 2004) (Protective Order permitting counsel to request classification review by Privilege Team of counsel notes so as to permit counsel's use of unclassified information outside the facility).

4

Dated: September 2, 2008       Respectfully submitted,

                                                GREGORY G. KATSAS
                                                Assistant Attorney General

                                                JOHN C. O'QUINN
                                                Deputy Assistant Attorney General

                                                */s/ Andrew I. Warden*
                                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                JUDRY L. SUBAR (D.C. Bar 347518)
                                                TERRY M. HENRY
                                                ANDREW I. WARDEN (IN Bar 23840-49)
                                                Attorneys
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W.
                                                Washington, DC  20530
                                                Tel:  (202) 616-5084
                                                Fax:  (202) 616-8470

                                                Attorneys for Respondents