IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAMZI BIN AL-SHIBH, *et al.*, | ) |
| Petitioner | ) |
| v. | ) Civil Action No. 06-1725 (EGS) |
| GEORGE W. BUSH, *et al.* | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

>ANDREW I. WARDEN
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7332
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>202-616-5084

Dated: September 2, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents