*Cleared for Public Filing by CSO*

# United States District Court
# For the District of Columbia

| | |
|---|---|
| RAMZI BIN AL-SHIBH, )<br>    )<br>    *Petitioner*;  )<br>    )<br>VS.  )<br>    )<br>    )<br>GEORGE W. BUSH, *et al.*,  )<br>    )<br>    *Respondents.*  ) | CIVIL NO. 06-1725(EGS) |

### MONTHLY STATUS REPORT RE: JULY 31, 2008 ORDER

1.  **Ramzi bin Al-Shibh has remained in continuous custody since his arrest in Pakistan in approximately September 2002.**

2.  **In approximately September 2006, Ramzi bin Al-Shibh was transferred to Guantanamo Bay, Cuba.**

3.  **On October 5, 2006, a letter from the brother of Ramzi bin Al-Shibh was filed in the United States District Court for the District of Columbia, treated as a petition for a Writ of Habeas Corpus, and assigned to the Honorable Emmet G. Sullivan, United States District Judge.**

4.  **On May 4, 2007, the Office of the Federal Public Defender was appointed to represent Ramzi bin Al-Shibh, and directed to respond to the government's Motion to Dismiss the Petition for a Writ of Habeas Corpus.**

5.  **On May 24, 2007, the Petitioner's response was filed, and on August 17,**

*Cleared for Public Filing by CSO*

      2007, the Court denied the government's Motion without prejudice and stayed the proceeding pending resolution by the Supreme Court of *Boumediene v. Bush.*

6. On March 9, 2007, a Combatant Status Review Tribunal (CSRT) was conducted and concluded that the Petitioner is an enemy combatant.

7. On April 15, 2008, the Petitioner was charged, in a matter scheduled to be tried before a Military Commission at Guantanamo Bay, Cuba, with various violations 10 U.S.C. § 950v(b), including terrorism, conspiracy, and attacking civilians, all in connection with the events surrounding the hijacking and subsequent crashing of four commercial passenger flights on September 11, 2001.

8. On July 5, 2008, a Notice of Filing Re: Petitioner's Motion to Lift Stay and For Leave to File an Amended Habeas Petition was filed on behalf of the petitioner.

9. On July 14, 2008, a Notice of Filing Re: Petitioner's initial Status Report was filed on behalf of the petitioner, as well as a Notice of Filing Re: Petitioner's Motion to Enjoin the Military Commission Proceedings.

10. On July 28, 2008, the Motion to Lift the stay and for leave to file an amended habeas petition was electronically filed on behalf of the petitioner. On that same date, the Motion for a Preliminary Injunction Enjoining the Military Commission Proceedings was electronically filed on

*Cleared for Public Filing by CSO*

behalf of the petitioner.

11. A status conference was held before the Honorable Emmet G. Sullivan on July 29, 2008.

12. The Court entered an Order on July 31, 2008 that, among other matters:

   A. required a 30-day notice prior to any transfer of the petitioner from Guantanamo Bay, Cuba.

   B. vacated any stay in the proceedings previously entered.

   C. ordered that the parties confer on a proposed protective order and, if no agreement could be reached, that the parties submit respective proposed orders.

   D. set a briefing schedule to address the procedural framework for the habeas corpus hearing.

   E. ordered that the United States file the Combatant Status Review Tribunal ("CSRT") report by August 12, 2008, and factual returns by August 29, 2008.

13. The Court entered a Minute Order on August 5, 2008, that held in abeyance the Petitioner's Motion for a Preliminary Injunction Enjoining the Military Commission Proceeding. The Court further ordered the United States to inform the Court immediately of any intent to commence the military commission proceedings against petitioner.

14. On August 5, 2008, Petitioner filed a Notice Regarding Rescheduled Date

*Cleared for Public Filing by CSO*

for Mental Competency Hearing in Military Commission Proceedings, which is September 11, 2008.

15. On August 8, 2008, Petitioner filed a Notice of Filing regarding Motion for Extension of Time in Which to File Reply Brief in Support of Motion to Enjoin Military Commission Proceedings. That motion was electronically filed on August 18, 2008.

16. On August 12, 2008, the United States filed, among others, the following motions:

   A. for evidence that the petitioner directly authorized the filing of the habeas petition.

   B. for a dismissal of the habeas petition or the holding of the petition in abeyance pending the completion of the military commission proceedings.

   C. for a dismissal of certain respondents from the petition.

   On that same date, the United States filed a notice regarding the filing of the CSRT record.

17. On August 22, 2008, the petitioner filed notices regarding his responses to the various motions filed by the United States on August 12, 2008, as well as the notice of filing regarding his Memorandum of Law Addressing Procedural Framework Issues. In response to the government's motion for evidence that petitioner directly authorized the filing of the habeas

*Cleared for Public Filing by CSO*

petition, Petitioner filed a Notice of Filing of Response and Cross-Motion for an Order Which Permits Counsel to Arrange a Competency Evaluation.

18. On August 30, 2008, the United States filed notice of the submission of classified factual returns to the petition in the instant matter.

Respectfully,

/s/Richard Coughlin
Richard Coughlin
Federal Public Defender

Candace M. Hom
Assistant Federal Public Defender

Chester M. Keller
First Assistant Federal Public Defender

Office of the Federal Public Defender
972 Broad Street
Newark, New Jersey 07102
(973)645-6347

*Counsel for Petitioner*