IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. )<br>    Petitioners, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0409 (EGS) | |
| BENJAMIN MOHAMMED AL )<br>  HABASHI, et al. )<br>    Petitioners, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0765 (EGS) | |
| ABDUL WAHAB, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0886 (EGS) | |
| LABED AHMED, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-1234 (EGS) | |
| GHASSAN ABDULLAH AL SHARBI, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-2348 (EGS) | |
| RAMZI BIN AL-SHIBH, et al. )<br>    Petitioners, ) | | |

|  |  |
|---|---|
| v. ) | Civil Action No. 06-cv-1725 (EGS) |
| GEORGE W. BUSH, et al. ) <br> Respondents ) | |
| AHMED ZAID SALEM ZUHAIR, ) <br> Petitioner, ) | |
| v. ) | Civil Action No. 08-cv-0864 (EGS) |
| GEORGE W. BUSH, et al. ) <br> Respondents ) | |
| SHARIFULLAH, et al. ) <br> Petitioners, ) | |
| v. ) | Civil Action No. 08-cv-1222 (EGS) |
| GEORGE W. BUSH, et al. ) <br> Respondents ) | |

**Motion for Leave to Exceed the Page Limits**

The respondents an the above captioned cases hereby move for an order granting leave to file a reply brief of not more than 30 pages in support of respondent's brief regarding preliminary and procedural framework issues. Counsel for the respondents has asked counsel for the petitioners if they object to the relief sought in this motion. At the time of filing, counsel in six of the captioned cases have indicated that they do not object (*Batarfi v. Bush*, No. 05-409, *Wahab v. Bush*, No. 05-886, *Ahmed v. Bush*, No. 05-1234, *Al-Shibh v. Bush*, No. 06-1725, *Zuhair v. Bush*, No. 08-864, and *Sharifullah v. Bush*, No. 08-1222). Counsel in the remaining two captioned matters have not yet responded to the request.

Petitioners have each filed response briefs, as they are entitled. In total, that responsive

briefing runs to over 250 pages. The government is filing a single reply brief, and believes the additional five pages are necessary to respond to the arguments raised by the various briefs filed by petitioners.

Dated: September 4, 2008                    Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JOHN C. O'QUINN
                                              Deputy Assistant Attorney General


                                                 /s/ August E. Flentje
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              JUDRY L. SUBAR (D.C. Bar No. 347518)
                                              TERRY M. HENRY
                                              AUGUST E. FLENTJE
                                              Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Ave., N.W.
                                              Washington, DC 20530
                                              Tel: (202) 514-1278
                                              Fax: (202) 514-7964
                                              Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0409 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| BENJAMIN MOHAMMED AL | ) | |
|  HABASHI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0765 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| ABDUL WAHAB, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0886 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| LABED AHMED, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-1234 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| GHASSAN ABDULLAH AL SHARBI, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| RAMZI BIN AL-SHIBH, et al. | ) | |
|     Petitioners, | ) | |

|  |  |  |
|---|---|---|
| v. | ) | Civil Action No. 06-cv-1725 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
| Respondents | ) | |

AHMED ZAID SALEM ZUHAIR,
   Petitioner,

   v.                                   Civil Action No. 08-cv-0864 (EGS)

GEORGE W. BUSH, et al.
   Respondents

SHARIFULLAH, et al.
   Petitioners,

   v.                                   Civil Action No. 08-cv-1222 (EGS)

GEORGE W. BUSH, et al.
   Respondents

Upon respondents motion for leave to exceed the page limitation, it is hereby ordered as follows:

1. Respondents' aforesaid motion is hereby granted.

2. Respondents are hereby granted leave to file a reply brief of not more than 30 pages in support of their brief regarding preliminary and procedural framework issues.

Date: _____           _____
                                        UNITED STATES DISTRICT JUDGE