IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH,** | : | |
| Petitioner | : | |
| | : | CIVIL ACTION |
| v. | : | (Habeas Corpus) |
| | : | |
| **GEORGE W. BUSH,** *et al.,* | : | CIV. NO. 06-1725 (EGS) |
| Respondents. | : | |

**PETITIONER'S RESPONSE REGARDING GOVERNMENT'S MOTION TO DISMISS IMPROPER RESPONDENTS**

Petitioner Ramzi bin al-Shibh, through undersigned counsel, submits this response regarding the government's motion to dismiss improper respondents. After reviewing the government's moving papers**,** Petitioner has no objection to the government's motion.

Respectfully submitted on August 22, 2008.

/s/Richard Coughlin
Federal Public Defender
/s/Chester Keller
First Assistant Federal Public Defender
/s/Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel:  973-645-6347
Fax:  973-645-4807

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I filed and served the foregoing Petitioner Ramzi bin al-Shibh's **Response to Government's Motion to Dismiss Improper Respondents** by causing the original and six copies to be delivered to the Court Security Officer via Federal Express, with the original and four copies to be forwarded to the Court, and one copy to be conformed and returned to our office.

I further certify that upon receiving clearance from the Court Security Officer, one copy will be forwarded to the following counsel of record via U.S. mail:

Terry Henry
Andrew Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C.  20530


    /s/Candace Hom
Candace Hom