UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAMZI BIN AL-SHIBH,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 06-1725 (EGS) |
| **JOSEPH R. BIDEN, JR., et al.,** | : | |
| Respondents. | : | |

**ORDER**

The motion of the Federal Public Defender for the District of New Jersey to withdraw as counsel is GRANTED, and the Federal Public Defender for the Western District of North Carolina is hereby appointed as counsel for the petitioner. Counsel from that office should enter an appearance forthwith.

Dated: July  20   , 2022

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE